FILED
DEC 11 2012
CLERK, U.S. DISTRICT CO
SOUTHERN DISTRICT OF IL
EAST ST. LOUIS OFFI

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CRIMINAL NO. 12-30327-MJR |
| COREY ALLEN, ) | Title 18, United States Code, Section 1001 |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**MAKING A FALSE STATEMENT TO A FEDERAL LAW ENFORCEMENT OFFICER**

On November 30, 2012, in St. Clair County, Illinois, in the Southern District of Illinois,

**COREY ALLEN,**

defendant herein, did knowingly and willfully make a material false statement, to members of the Metro East Public Corruption Task Force, including federal agents from the IRS and FBI, in a matter within the jurisdiction of the executive branch of the government of the United States. While investigating the crime of selling a firearm to a prohibited person, in violation of Title 18, United States Code Section 922(d)(1), the federal agents interviewed **ALLEN** and asked him whether he had provided Individual #1 with a firearm. **ALLEN** falsely stated that he did not supply the gun to Individual #1, claiming that he had no idea where Individual #1 had gotten the gun. **ALLEN** further stated that prior to October 11, 2012, he had never seen the gun before, when in truth and in fact, **ALLEN** had previously possessed the firearm and had sold the firearm to Individual #1 for $100 on May 3, 2012, knowing that Individual #1 was a felon.

All in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

███████████

_(signature)_
STEVEN D. WEINHEOFT
Assistant United States Attorney

_(signature)_
STEPHEN R. WIGGINTON
United States Attorney

Recommended bond: $10,000 (unsecured)