FILED
JAN 11 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN UNITED STATES | ☑ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
| IN THE CASE OF | FOR Southern District of Illinois AT East St. Louis, Illinois |
| United States v.s. Corey Allen | LOCATION NUMBER |

| PERSON REPRESENTED (Show your full name) | | DOCKET NUMBERS |
|---|---|---|
| Corey Allen | 1 ☑ Defendant—Adult<br>2 ☐ Defendant - Juvenile<br>3 ☐ Appellant<br>4 ☐ Probation Violator<br>5 ☐ Parole Violator<br>6 ☐ Habeas Petitioner<br>7 ☐ 2255 Petitioner<br>8 ☐ Material Witness | Magistrate<br><br>District Court<br>12-30327-MJR<br>Court of Appeals |
| CHARGE/OFFENSE (describe if applicable & check box →) 18 USC Sec. 1001(a)(2) | ☑ Felony ☐ Misdemeanor | |

FILED JAN 11 2013 CLERK, U.S. DISTRICT COURT

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☑ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: Centreville Police Department, 5800 Bond Ave.
- IF YES, how much do you earn per month? $ 1,400
- IF NO, give month and year of last employment. How much did you earn per month? $ ____
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ ____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
- RECEIVED / SOURCES
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ ____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No IF YES, state total amount $ ____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
- IF YES, GIVE THE VALUE AND $ DESCRIBE IT
- VALUE 10,000 DESCRIPTION 2002 Yukon Denali

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: Korrie Allen (daughter)

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Rent | | $ 600 |
| | Cleat's Auto Sales | $ 8,000 | $ 150 |
| | Student Loan | $ 9,000 | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 1-11-13

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Corey Allen*