IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 12-CR-30327-MJR |
| | ) | |
| COREY ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING APPLICATION FOR
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The above-entitled cause having come before the Court upon the application of the United States Attorney for an Order directing the issuance of a Writ of Habeas Corpus ad Prosequendum for the production of Corey Allen in the United States District Court at East St. Louis, Illinois, on the 1st day of November, 2013, at the hour of 2:30 p.m.

IT IS SO ORDERED.

DATED this 30th day of October, 2013.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Court Judge