IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 12–CR–30327–MJR |
| | ) |
| COREY ALLEN, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**REAGAN, District Judge:**

Defendant Corey Allen, who has been sentenced to imprisonment for making false statements to a federal law enforcement officer, was found to be in violation of his bond, which was revoked on November 5, 2013. On January 8, 2014, the Court received a letter (along with several other documents) from Defendant—who is still represented by able counsel. Sending letters to chambers is an inappropriate way to communicate any legal or factual assertions to the Court: Defendant should communicate with the Court via formal motion from counsel, or not at all. The Court also warns that correspondence he sends to any person or entity other than his attorney is not subject to the confidentiality protections that attorney-client privilege bestows on some communications. Without further comment on the contents of the letter and other documents, the Court DIRECTS the Clerk to return Defendant's letter and associated documents, along with a copy of this Order, to Defendant at the return address he provided.

**IT IS SO ORDERED.**

**DATE: January 15, 2014**                    s/ *Michael J. Reagan*
                                                                **MICHAEL J. REAGAN**
                                                                United States District Judge